UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ARCHIMEDES NOBLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1396 |
| ) | |
| DAVID C. WINTER, Secretary, ) | |
| Department of the Navy, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER STAYING CASE

Plaintiff appears to allege that the defendant discriminated against him and denied him an opportunity to participate in the Civil Service Retirement and Disability Fund. He further appears to allege that defendant wrongfully refused to consider his discrimination claim brought under Title VII of the Civil Rights Act, as amended, *see* 42 U.S.C. § 2000e *et seq.* The Court presumes that plaintiff intends to bring an employment discrimination claim under Title VII. The issuance of a right to sue letter from the Equal Employment Opportunity Commission is a condition precedent to the filing of an action such as this in federal court. *See* 29 C.F.R. §1614.407. Accordingly, it is hereby

ORDERED that this matter is STAYED, and it is

FURTHER ORDERED that, within 30 days of entry of this Order, plaintiff shall provide the Court with a right to sue letter indicating a final determination of plaintiff's EEO charge. Failure to do so will result in the dismissal of this matter.

United States District Judge

Date: 8/5/08